WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marsha Forsythe-Fournier,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>David E. Cohn, et al.,<br><br>　　　　　　Defendants. | No. CV-13-01169-PHX-GMS (ESW)<br><br>**ORDER GRANTING MOTION TO COMPEL** |

The Court having reviewed Plaintiff's Motion to Compel Production of Documents and for Sanctions (Doc. 59), good cause appearing, and no response having been timely filed,

IT IS ORDERED that Plaintiff's Motion (Doc. 59) is granted.

IT IS FURTHER ORDERED that (i) Defendant David E. Cohn shall comply with Plaintiff's subpoena and produce all documents called for therein within five business days of the filing of this Court's order, and (ii) awarding Plaintiff her reasonable attorneys' fees and costs expended in connection with preparing, serving, and enforcing the subpoena. Plaintiff shall file her motion for attorney's fees and statement of costs within ten business days of the filing of this order.

The request for sanctions is denied as premature.

Dated this 8th day of December, 2014.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ E.S. Willett*
　　　　　　　　　　　　　　　　　　　　　　　Honorable Eileen S. Willett
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge