WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marsha Forsythe-Fournier,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>David E. Cohn, et al.,<br><br>　　　　　　　　Defendants. | No. CV-13-01169-PHX-GMS (ESW)<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR ATTORNEYS' FEES AND COSTS** |

　　　　The Court having received and considered Plaintiff's Application for Attorneys' Fees and Costs and all supporting documents (Doc. 68), and good cause appearing, and no response or objection having been timely filed,

　　　　IT IS HEREBY ORDERED granting Plaintiff's Application for Attorneys' Fees and Costs (Doc. 68). The Court finds that the rates charged and time expended by counsel for Plaintiff were reasonable.

　　　　IT IS ORDERED awarding Plaintiff her attorneys' fees in the amount of $4,551.00 and costs in the amount of $393.19 expended in connection with preparing, serving, and enforcing the September 9, 2014 subpoenas.

　　　　Dated this 15th day of January, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Eileen S. Willett
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge